NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: INTERVAL LICENSING LLC,**
*Appellant*

---

2014-1775

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/011,577, 90/012,074.

---

**JUDGMENT**

---

NATHAN J. DAVIS, Heim, Payne, Chorush, LLP, Houston, TX, argued for appellant. Also represented by MICHAEL F. HEIM; PATRICK FINNAN, Edell Shapiro and Finnan, Gaithersburg, MD.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, SYDNEY O. JOHNSON, JR., THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 17, 2015                          /s/  Daniel  E.  O'Toole
        Date                             Daniel E. O'Toole
                                         Clerk of Court